UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FISHER, | No. 2:18-cv-2725-WBS-EFB P |
| Petitioner, | |
| v. | ORDER |
| STUART SHERMAN, Warden of the California Substance Abuse Treatment Facility, | |
| Respondent. | |

Petitioner, a state prisoner, proceeds without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 23, 2019, the court granted petitioner's motion to stay pursuant to the procedure outlined in *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003) and ordered petitioner to file an amended petitioner deleting his unexhausted ineffective assistance of counsel claims within fourteen days. ECF No. 21. The fourteen-day period has expired and petitioner has not filed an amended petition or otherwise responded to the court's order. In an abundance of caution, the could will grant petitioner a fourteen-day extension of time to comply with the court's order. Failure to do so may result in this action being dismissed.

/////

/////

1

Accordingly, it is hereby ORDERED that within fourteen days from the date of service of this order, petitioner shall file an amended petition that deletes his unexhausted ineffective assistance of counsel claims.

DATED: October 29, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE