UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FISHER, | No. 2:18-cv-2725-WBS-EFB P |
| Petitioner, | |
| v. | ORDER |
| STUART SHERMAN, Warden of the California Substance Abuse Treatment Facility, | |
| Respondent. | |

Petitioner, a state prisoner, proceeds without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 12, 2019, petitioner filed a second amended petition. ECF No. 23. Per the court's Order dated September 23, 2019, that petition has been stayed and held in abeyance to allow petitioner the opportunity to exhaust his ineffective assistance claims in state court. ECF No. 21. However, the court will not indefinitely hold the petition in abeyance. Accordingly, IT IS ORDERED that:

1. Petitioner must proceed diligently to pursue his state court remedies and must file a status report every ninety (90) days advising the court of the status of the state court proceedings;

/////

/////

1

2. Within thirty (30) days after the final order of the California Supreme Court, petitioner must file a third amended petition in this court including his fully exhausted claims; and

3. Petitioner's failure to comply with this order may result in an order vacating the stay.

DATED: April 9, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE