UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FISHER, | No. 2:18-cv-2725-WBS-EFB P |
| Petitioner, | |
| v. | ORDER |
| STUART SHERMAN, Warden of the California Substance Abuse Treatment Facility, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 15, 2020, petitioner requested an extension of time to file his third amended petition pursuant to the court's April 9, 2020 order.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 25) is granted and petitioner has 90 days from the date this order is served to file his third amended petition with only fully exhausted claims.

Dated: June 18, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE