UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FISHER, | No. 2:18-cv-02725-WBS-JDP (HC) |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 27, 2021, are adopted in full;

2. Respondent's motion to dismiss, ECF No. 39, is granted;

3. Petitioner's ineffective assistance of counsel claims is dismissed; and

4. This case shall proceed only on petitioner's claim that the trial court erred in admitting his text messages.

Dated:  December 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE